# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**TAVARES PROCTOR,**

    **Plaintiff,**

**v.**                                            **Case No. 1:18cv209-MW/GRJ**

**UF HEALTH SHANDS HOSPITAL,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objection having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's First Amended Complaint, ECF No. 4, is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on December 14, 2018.**

                                         **s/Mark E. Walker** _____
                                         **Chief United States District Judge**